## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| WEST COAST PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-1874-JAR |
| | ) | |
| DOES 1-27, | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Strike a Certain Non-Party Doe's Motion for Ad Litem Counsel For Defendants Pursuant to Fed.R.Civ.P. Rule 12(f) [ECF No. 11]. As grounds for the motion, Plaintiff states the motion for ad litem counsel was made by an anonymous John Doe who is neither a party to this action nor an attorney representing any of the 27 Doe defendants in this Court. Moreover, the non-party movant did not follow interventional procedures pursuant to Rule 24, Fed.R.Civ.P. Upon consideration,

**IT IS HEREBY ORDERED** that the Court's Memorandum and Order of November 8, 2012 [10] is modified and the motion for appointment of counsel and motion to sever [9] filed by a certain non-party Doe is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike a Certain Non-Party Doe's Motion for Ad Litem Counsel For Defendants [11] is **DENIED** and the filing shall remain a part of the record.

**IT IS FURTHER ORDERED** that any further pleadings filed in this matter on behalf of a non-party will be considered by the Court only after a proper motion to intervene has been filed pursuant to Rule 24, Fed.R.Civ.P.

Dated this 15th day of November, 2012.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE