UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-CV-1874-JAR |
| ) | |
| DOES 1-27, ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM AND ORDER

The Court is in receipt of a letter from Defendant Doe 13 [ECF No. 14] filed on February 19, 2013, within the motion period, which the Court construes as a motion to quash the subpoena.

**IT IS HEREBY ORDERED** that Defendant Doe 13's pro se motion [14] shall be sealed from public viewing.

Dated this 20th day of February, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE