UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


WEST COAST PRODUCTIONS, INC.,   )
   )
       Plaintiff,   )
   )
     v.   )   No. 4:12-CV-1874-JAR
   )
DOES 1-27,   )
   )
       Defendants.   )


**MEMORANDUM AND ORDER**

The Court is in receipt of Plaintiff West Coast Production's Response to Defendant Doe 13's pro se motion quash. (Doc. No. 16) Plaintiff advises the Court that because Defendant Doe 13's pro se motion was not served on Plaintiff's counsel and has been sealed from public viewing, Plaintiff has not had the opportunity to review the substance of the motion. Plaintiff attaches as an exhibit a response Plaintiff prepared in another action which addresses issues similar to the ones Doe 13 may be raising. In addition, Plaintiff requests a hearing on Doe13's motion. Upon consideration,

**IT IS HEREBY ORDERED** that Defendant Doe 13's pro se motion [14], while sealed from public viewing, shall be made available to the parties.

**IT IS FURTHER ORDERED** that Plaintiff file its response to Defendant Doe 13's pro se motion to quash no later than March 18, 2013.

**IT IS FURTHER ORDERED** that Plaintiff's request for a hearing on Doe 13's motion is **DENIED** at this time.

Dated this 11th day of March, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE