UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-CV-1874-JAR |
| ) | |
| DOES 1-27, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Voluntary Motion to Dismiss Specific Doe Defendant. [ECF No. 19]

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Voluntary Motion to Dismiss Specific Doe Defendant [19] is **GRANTED** and the Doe Defendant specifically identified as Doe Number 27, IP Address 71.86.157.120, ISP Legal Name Charter Communications, Inc., is **DISMISSED** without prejudice. Following this dismissal, 26 Doe Defendants remain in this action.

Dated this 18th day of March, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE