**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| WEST COAST PRODUCTIONS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | No. 4:12-CV-1874 JAR |
| v. | ) ) ) | |
| WARREN WILLIAMS and JEMARD SYKES, | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On October 15, 2012, Plaintiff filed a Complaint under the Copyright Act against Does 1-27. (ECF No. 1) On February 19, 2013, Doe 13 filed a letter, which the Court construed as a motion to quash the subpoena. (ECF No. 14) On June 24, 2013, Plaintiff filed an Amended Complaint, which is now the operative complaint (ECF No. 25) The Amended Complaint is against only two named defendants: Warren Williams (f/k/a Doe 4) and Jemard Sykes (f/k/a Doe 21). As the Amended Complaint supersedes the original Complaint, it appears that Plaintiff is proceeding against only these two named defendants. See In re Atlas Van Lines, Inc., 209 F.3d 1064, 1067 (8th Cir. 2000) ("an amended complaint supersedes an original complaint and renders the original complaint without legal effect").

Accordingly,

**IT IS HEREBY ORDERED** that Doe 13's pro se Motion to Quash [14] is **DENIED** as moot.

- 2 -

**IT IS FURTHER ORDERED** that Does 2, Does 5-20, 22-25 are **DISMISSED**.[1]

Dated this 25th day of June, 2013.

*John A. Ross*
_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

---

[1] This Court previously dismissed Does 1, 3, 26 and 27. (ECF Nos. 20, 22, 24)